

Court Of Appeals
Fourth Court of Appeals District of Texas
San Antonio

★ ★ ★ ★ ★ ★

**MEMORANDUM OPINION**

No. 04-09-00637-CR

**IN RE** Jason **MIEARS**

Original Proceeding[1]

PER CURIAM

Sitting:     Sandee Bryan Marion, Justice
             Steven C. Hilbig, Justice
             Marialyn Barnard, Justice

Delivered and Filed: October 28, 2009

PETITION FOR WRIT OF PROHIBITION DENIED

On October 7, 2009, relator Jason Miears filed a petition for writ of prohibition. The court has considered relator's petition and is of the opinion that relator has not shown himself entitled to the relief sought. Accordingly, the petition is denied. TEX. R. APP. P. 52.8(a).

PER CURIAM

DO NOT PUBLISH

---

[1] This proceeding arises out of Cause No. 2009-CR-6566, styled *State v. Jason Miears*, pending in the 379th Judicial District Court, Bexar County, Texas, the Honorable Ron Rangel presiding.